September 16, 2020

The Honorable Eli Richardson
United States District Court
Middle District of Tennessee
Nashville Division
801 Broadway #800
Nashivlle, TN 37203

RECEIVED

SEP 2 1 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

Your Honor,

I hereby request to withdraw my Complaint (*Hammons v. Hargett*, 3:20-cv-00770).

For the record, my suit was filed simply to obtain a straight answer from the Defendant as to the number of signatures on my Presidential ballot petition considered accepted. After the filing of the Complaint, I received a number of emails from the Defendant's staff assuring me that 1) the counting of signatures was ongoing, then 2) we did not accrue enough signatures. Disregarding the irony that these additional emails made my case that I had indeed been receiving, at best, inaccurate and/or incomplete information from individuals deputized by the Defendant, I have become fairly confident that the petition has received a fair review, and that, unfortunately, I will not be on the 2020 Tennessee ballot.

If my campaign's resources were more substantial than they are and we were able to obtain proper legal representation, it would have been worth to continue with this case to verify that the Defendant's staff had indeed overcome their initial disorganization in the handling of this petition, a disorganization no doubt compounded by the State of Tennessee's nonsensical reliance on its 95 individual counties to verify ballot petition signatures. Among other things, it is curious that all 11 (100%) of our Presidential Electors (a subset of our petition signers) are apparently properly registered voters, and yet our petition signature acceptance rate was apparently below 70%. Again, we will not press the issue.

I look forward to written confirmation that my case has indeed been closed.

Sincerely,

*[signature]*

William Robert Hammons
**Candidate for President of the United States**

Bill Hammons
11032 Cheriste Drive
Austin, TX 78739

7020 0090 0000 3656 9805

DENVER CO 802
16 SEP 2020 PM 7 L

The Honorable Eli Richardson
US District Court
Middle District of TN
Nashville Division
801 Broadway #800
Nashville, TN 37203

37203-35958 .......

RECEIVED
SEP 21 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

$4.10
R2305K137648-35
U.S. POSTAGE PAID
FCM LETTER
BROOMFIELD, CO
80020
SEP 16, 20
AMOUNT

