IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM ROBERT HAMMONS,       )
                              )
        Plaintiff,            )        NO. 3:20-cv-00770
                              )
v.                            )        JUDGE RICHARDSON
                              )
TRE HARGETT,                  )
                              )
        Defendant.            )

## ORDER

Plaintiff William Robert Hammons, proceeding *pro se*, filed a civil complaint on September 8, 2020. (Doc. No. 1.) On September 21, 2020, Plaintiff sent the Court a letter requesting to withdraw his Complaint and stating that he "look[s] forward to written confirmation that [his] case has indeed been closed." (Doc. No. 5). The Court will construe the letter as a notice of voluntary dismissal. Because Plaintiff filed this notice before any opposing party served either an answer or a motion for summary judgment, the notice automatically effectuated the dismissal of this case without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Court acknowledges that this case has been DISMISSED without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE